**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO. 26-MJ-116** |
| | : | |
| **v.** | : | |
| | : | **VIOLATION:** |
| **OLAH MORGAN** | : | **18 U.S.C. § 2250(a)** |
| | : | **(Failure to Register as a Sex Offender)** |
| **Defendant.** | : | |
| | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about and between the dates of June 5, 2026, and June 18, 2026, within the District of Columbia, the defendant, **OLAH MORGAN**, a person required to register under the Sex Offender Registration and Notification Act by reason of conviction under the law of the District of Columbia, did knowingly fail to register and update a registration as required by the Sex Offender Registration and Notification Act, to wit: **OLAH MORGAN** failed to report a change in his residence as required and failed to register as required.

(**Failure to Register as a Sex Offender**, in violation of 18 U.S.C. § 2250(a))

A TRUE BILL

FOREPERSON

Jeanine Ferris Pirro

By: Janani J. Iyengar

Janani Iyengar
Attorney of the United States and
for the District of Columbia